UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 13 2009
Clerk, U.S. District and
Bankruptcy Courts

MONA R. SAUNDERS, )
)
Plaintiff, )
)
v. ) C
)
CROWELL & MORING LLP, )
)
Defendant. )

Case: 1:09-cv-01532
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/13/2009
Description: Employ. Discrim.

## DEFENDANT CROWELL & MORING LLP'S
## CERTIFICATE REQUIRED BY LOCAL RULE 7.1

I, the undersigned counsel of record for Defendant Crowell & Moring LLP, hereby certify that there are no parent corporations or publicly held corporations owning 10% or more of Defendant's stock.

Respectfully submitted,

*/s/ Michael L. Stevens*
Michael L. Stevens (D.C. Bar No. 384887)
Akia F. Roane (D.C. Bar No. 973833)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
(202) 857-6000

Attorneys for Defendant

Dated: August 13, 2009

## CERTIFICATE OF SERVICE

I certify that I have this 13th day of August, 2009, caused a true and correct copy of the foregoing Crowell & Moring, LLP's Certificate Required by Local Rule 7.1 to be served by first-class mail, postage prepaid, upon:

>Ardra O' Neal, Esquire
>The O'Neal Firm, LLP
>700 12th Street, NW
>Suite 700
>Washington, DC  20005

*Akia F. Roane* (signature)

Akia F. Roane